Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  MIKE FISHER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MIKE FISHER, ) | Case No.:  2:14-CV-608 EFB |
| Plaintiff, ) | |
| ) | STIPULATION TO EXTEND |
| vs. ) | BRIEFING SCHEDULE AND ORDER |
| ) | |
| CAROLYN COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| Defendant ) | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Mike Fisher ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to September 16, 2014; and that Defendant shall have until October 16, 2014, to file her opposition.  Any reply by plaintiff will be due October 23, 2014.

-1-

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: August 20, 2014          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff MIKE FISHER

DATED:  August 20, 2014        BENJAMIN WAGNER
United States Attorney

*/S/- Armand Roth
_____
Armand Roth
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including September 16, 2014, in which to file Plaintiff's Motion for Summary Judgment or Remand; Defendant may have an extension of time to October 16, 2014 to file her opposition, if any is forthcoming. Any reply by plaintiff will be due October 23, 2014.

IT IS SO ORDERED.

DATED:  August 21, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE