Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  MIKE FISHER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MIKE FISHER, | Case No.:  2:14-CV-608 EFB |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Mike Fisher ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to October 16, 2014; and that Defendant shall have until November 17, 2014, to file her opposition.  Any reply by plaintiff will be due December 8, 2014.

A second extension of time is needed because Plaintiff's Counsel's Spouse undergoes chemotherapy treatment for her Stage IV breast cancer which metastasized initially to her liver and continues to progress there and in her lungs, throat, and spine which required recent hospitalization to treat.  Counsel requires the additional time to file the Motion for Summary Judgment to allow him to devote the appropriate time to assist his Spouse and his two elementary school aged children through this obviously stressful experience.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: October 2, 2014          Respectfully submitted,

                               LAW OFFICES OF LAWRENCE D. ROHLFING

                               /s/ *Steven G. Rosales*
                               BY: _____
                               Steven G. Rosales
                               Attorney for plaintiff MIKE FISHER

DATED:  October 2, 2014        BENJAMIN WAGNER
                               United States Attorney


                               */S/- Armand Roth

                               _____
                               Armand Roth
                               Special Assistant United States Attorney
                               Attorney for Defendant
                               [*Via email authorization]

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including October 16, 2014, in which to file Plaintiff's Motion for Summary
3  Judgment or Remand; Defendant may have an extension of time to November 17,
4  2014 to file her opposition, if any is forthcoming.  Any reply by plaintiff will be
5  due December 8, 2014.
6    IT IS SO ORDERED.
7  DATE:  October 7, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE